UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:19-cv-20526-DPG

IN THE MATTER OF:

Petition by CONCEPT BOATS, INC. as owner *Pro Hac Vice* of a 32' 2018 Concept Motor Vessel bearing hull identification number DDXFE149F718, its Engines, Tackle, Appurtenances, Equipment, and Etc., and its captains and crew, for Exoneration from or Limitation of Liability.

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 3.8, I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> PETITION OF DAN HARDEE as titled owner of and for a 32' 2018 CONCEPT, hull identification number DDXFE149F718 her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability, USDC, SD Fla. Case No. 18-24083-Civ-Williams/Torres.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

*/s/ David N. Gambach*
David N. Gambach, Esq.
Florida Bar No. 8540
Evan S. Gutwein, Esq.
Florida Bar No. 58741
HAMILTON, MILLER & BIRTHISEL, LLP.
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone 305-379-3686

Facsimile 305-379-3690  
Dgambach@HamiltonMillerLaw.com  
EGutwein@HamiltonMillerLaw.com  
EPerez@HamiltonMillerLaw.com  
*Attorneys for PETITIONER.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 11, 2019, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.

*/s/   David N. Gambach*
David N. Gambach, Esq.