UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:19-cv-20526-DPG

IN THE MATTER OF:

Petition by CONCEPT BOATS, INC. as owner *Pro Hac Vice* of a 32' 2018 Concept Motor Vessel bearing hull identification number DDXFE149F718, its Engines, Tackle, Appurtenances, Equipment, and Etc., and its captains and crew, for Exoneration from or Limitation of Liability.

## NOTICE OF FILING AD INTERIM STIPULATION AND MONITION AND ISSUING INJUNCTION

Petitioner CONCEPT BOATS, INC., as owner *Pro Hac Vice* of a 32' 2018 Concept Motor Vessel bearing hull identification number DDXFE149F718, its Engines, Tackle, Appurtenances, Equipment, and Etc. (the "Concept Vessel"), and its captains and crew, hereby filed its *Ad Interim* Stipulation for Value & Costs.

Dated:    Monday, February 11, 2019.

        Respectfully submitted,

        */s/    David N. Gambach*
        David N. Gambach, Esq.
        Florida Bar No. 8540
        Evan S. Gutwein, Esq.
        Florida Bar No. 58741
        HAMILTON, MILLER & BIRTHISEL, LLP.
        150 Southeast Second Avenue, Suite 1200
        Miami, Florida 33131
        Telephone 305-379-3686
        Facsimile 305-379-3690

Dgambach@HamiltonMillerLaw.com
EGutwein@HamiltonMillerLaw.com
EPerez@HamiltonMillerLaw.com
*Attorneys for PETITIONER.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 11, 2019, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.

/s/   *David N. Gambach*
David N. Gambach, Esq.